**Merle T. RUTLEDGE, JR.,**
**Plaintiff–Appellant,**

v.

**CITY OF DANVILLE, VA; Captain T.E. Merricks, police officer of the City of Danville, Va, in his individual and official capacity; Renee Burton,** senior planner for the City of Danville, Va, in her individual and official capacity; Kenneth C. Gillie, Jr., Director of Planning for the City of Danville, Va, in his individual and official capacity; Joe King, Danville, Va City Manager, in his individual and official capacity; Commonwealth of Virginia; Sherman M. Saunders, Danville, Va Mayor in his individual and official capacity, Defendants–Appellees.

No. 13–2494.

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 21, 2014.

Merle T. Rutledge, Jr., Appellant Pro Se.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Merle T. Rutledge, Jr., appeals the district court's order imposing a pre-filing injunction and the court's opinion dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant Rutledge leave to proceed on appeal in forma pauperis, we affirm for the reasons stated by the district court. *See Rutledge v. City of Danville*, No. 4:13–cv–00066–JLK, 2013

WL 6804697 (W.D.Va. Dec. 9 & Dec. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*